478 A.2d 106

Commonwealth v. Adams, Appellant.

Submitted May 18, 1984. Robert D. Gleason, for appellant; David J. Tulowitzki, Assistant District Attorney, for appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

478 A.2d 106

Commonwealth v. Allen, Appellant.

Submitted May 18, 1984. Paul Bogdon, for appellant; Melinda G. Tell, Assistant District Attorney, for appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence and order affirmed.